UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ERIC CONRAD GULBRONSON, | No. 2:22-cv-1128 DB P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| DENTON SCHNEIDER, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the required filing fee of $350.00 plus the $52.00 administrative fee nor has he filed a properly completed application to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a) & 1915(a).

On July 6, 2022, the court ordered plaintiff to file an application to proceed in forma pauperis or pay the filing fee in this action. (ECF No. 3.) Plaintiff has subsequently filed two motions to proceed in forma pauperis. (ECF Nos. 6, 9.) However, neither application has been fully completed and lacks responses for most of the application's questions. (Id.) Plaintiff will be granted thirty days to pay the filing fee in full or submit a properly completed application to proceed in forma pauperis. Plaintiff is warned that if he fails to file a properly completed application or pay the filing fee withing thirty days, this action will be dismissed for failure to pay the filing fee and failure to comply with court orders.

1

Plaintiff is cautioned that the in forma pauperis application form includes a section that must be completed by a prison official, and the form must be accompanied by a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, either the $350.00 filing fee plus the $52.00 administrative fee or a properly completed application to proceed in forma pauperis on the form provided with this order; plaintiff is cautioned that failure to comply with this order will result in dismissal of this action without prejudice; and

2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action.

DATED: August 5, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/gulb1128.3a(2)