UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CONRAD GULBRONSON,<br><br>Plaintiff,<br><br>v.<br><br>DENTON SCHNEIDER, et al.,<br><br>Defendants. | No. 2:22-cv-01128 DB P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Plaintiff is a county prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On filing his complaint, plaintiff failed to submit an application to proceed in forma pauperis or pay the filing fee for this action. On July 6, 2022, the court ordered plaintiff to either file a completed in forma pauperis application or pay the required filing fee within thirty days. (ECF No. 3.) Plaintiff was warned that failure to abide by the court's order or to seek an extension of time to do so would result in dismissal of this action without prejudice. (Id. at 2.) Plaintiff subsequently filed two motions to proceed in forma pauperis. (ECF Nos. 6, 9.) Both were only partially completed and lacked responses to most of the application's questions. (See id.) On August 8, 2022, the court again ordered plaintiff to file a fully completed in forma pauperis application or pay the filing fee for this action. (ECF No. 10.) Plaintiff was given an additional thirty days to do so. (Id.)

More than thirty days have passed and plaintiff has not filed a motion to proceed in forma pauperis, paid the filing fee, requested an extension of time, or otherwise responded to the court's

1  orders.  Accordingly, it will be recommended that this action be dismissed for failure to pay the
2  filing fee and failure to comply with court orders.
3      Accordingly, the Clerk of the Court is HEREBY ORDERED to randomly assign a district
4  judge to this action.
5      IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See
6  Local Rule 110; Fed. R. Civ. P. 41(b).
7      These findings and recommendations are submitted to the United States District Judge
8  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one days
9  after being served with these findings and recommendations, plaintiff may file written objections
10 with the court and serve a copy on all parties.  Such a document should be captioned "Objections
11 to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file
12 objections within the specified time may waive the right to appeal the District Court's order.
13 Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
14 Dated:  November 28, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/gulb1128.fr_dism

2