UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CONRAD GULBRONSON,<br><br>Plaintiff,<br><br>v.<br><br>DENTON SCHNEIDER, et al.,<br><br>Defendants. | No. 2:22-cv-01128-DAD-DB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 11) |

Plaintiff Eric Conrad Gulbronson is a county jail inmate proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302

On November 29, 2022, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed due to plaintiff's failure to obey the court's order directing him to either pay the required filing fee to proceed with this action or submit a competed application to proceed *in forma pauperis*. (Doc. No. 11.) The findings and recommendations were served the plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days. (*Id.* at 2.) To date, no objections have been filed, and the deadline in which to do so has passed. Plaintiff has also failed to pay the required filing fee, file an application to proceed *in forma pauperis*, or otherwise communicate with the court.

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on November 29, 2022 (Doc. No. 11) are adopted in full;

2. This action is dismissed, without prejudice, due to plaintiff's failure to pay the required filing fee and failure to obey a court order; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **February 13, 2023**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE